MORGAN, LEWIS & BOCKIUS LLP
Susan D. Resley, admitted *pro hac vice*
susan.resley@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel: +1.415.442.1000
Fax: +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Michael Kichline, admitted *pro hac vice*
Michael.kichline@morganlewis.com
1701 Market Street, 11th Floor
Philadelphia, PA 19103
Tel: +215.963.5000
Fax: +215.963.5001

Lee Stein (#12368)
lee@mscclaw.com
Anne Chapman (#025965)
anne@mscclaw.com
MITCHELL | STEIN | CAREY | CHAPMAN, PC
One Renaissance Square
2 North Central Avenue, Suite 1450
Phoenix, AZ 85004
Telephone: (602) 358-0292
Facsimile: (602) 358-0291

Attorneys for Defendants
Gregory S. Clark and Nicholas R. Noviello

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Orbis Global Equity Fund Limited; Orbis Global Equity Fund (Australia Registered); Orbis Institutional Funds Limited; Orbis Global Equity LE Fund (Australia Registered); Orbis Institutional Global Equity LP; Orbis SICAV, Orbis Optimal SA Fund Limited; Orbis Institutional US Equity LP; Orbis OEIC; Orbis Optimal Global Equity LP; Allan Gray Australia Balanced Fund; and Orbis Global Balanced Fund (Australia Registered), <br><br> Plaintiffs, <br><br> vs. <br><br> NortonLifelock Inc. (f/k/a Symantec Corporation); Gregory S. Clark; Nicholas R. Noviello; and Mark S. Garfield, <br><br> Defendants. | Case No. 2:21-cv-01995-SPL <br><br> **NOTICE OF WITHDRAWAL AS TO DEFENDANT MARK S. GARFIELD, ONLY** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 42459542.2

NOTICE OF WITHDRAWAL
2:21-CV-01995-SPL

PLEASE TAKE NOTICE that Susan D. Resley and Michael Kichline of Morgan, Lewis & Bockius, LLP, admitted as *pro hac vice*, hereby withdraw as attorneys of record for Defendant Mark S. Garfield, only. They have not served as counsel to Mr. Garfield in this matter and he is and has been separately represented. Attorneys Susan D. Resley and Michael Kichline of Morgan, Lewis & Bockius, LLP are and will remain attorneys of record for defendants Gregory S. Clark and Nicholas R. Noviello.

Dated: January 26, 2022                    MORGAN, LEWIS & BOCKIUS LLP

By  */s/ Susan D. Resley*
Susan D. Resley
Michael Kichline
Attorneys for Defendants
Gregory S. Clark and Nicholas Noviello

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 42459542.2

1

NOTICE OF WITHDRAWAL
2:21-CV-01995-SPL