# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Orbis Global Equity Fund Limited, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NortonLifelock Incorporated, *et al.*,<br><br>Defendants. | No. CV-21-01995-PHX-JJT<br><br>**ORDER** |

Upon review of the parties' Notice of Dismissal (Doc. 36), and good cause appearing,

**IT IS ORDERED** granting the Notice of Dismissal (Doc. 36). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

**IT IS FURTHER ORDERED** directing the Clerk to close this matter.

Dated this 26th day of April, 2023.

Honorable John J. Tuchi
United States District Judge